IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| HILL INTERNATIONAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-00049 |
| | : | |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY, OFFICE OF DISASTER RECOVERY | : : : | |

## ORDER

AND NOW this 8th day of January, 2025, upon careful and independent consideration of Plaintiff Hill International, Inc.'s Motion to Remand and the related filings thereafter, and after review of the Report and Recommendation of United States Magistrate Judge G. Alan Teague—to which no party filed an objection—it is hereby ORDERED the Report and Recommendation (ECF No. 82) is APPROVED and ADOPTED. Plaintiff Hill International, Inc.'s Motion to Remand (ECF No. 21) is DENIED and the Notice of Withdrawal (ECF No. 63) is ACCEPTED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.