IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| HILL INTERNATIONAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-00049 |
| | : | |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY, OFFICE OF DISASTER RECOVERY | : : : | |

# **ORDER**

AND NOW this 2nd day of January, 2026, upon careful and independent consideration of Defendant Virgin Islands Public Finance Authority's Motion to Dismiss (Dkt. No. 56) and the related filings thereafter, and after review of the March 5, 2025 Report and Recommendation of United States Magistrate Judge G. Alan Teague (Dkt. No. 87), to which Plaintiff Hill International, Inc. filed objections (Dkt. No. 93), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED as follows:

1. Plaintiff Hill International's Objections to the Report and Recommendation (Dkt. No. 93) are OVERRULED;

2. The Report and Recommendation (Dkt. No. 87) is APPROVED and ADOPTED;

3. Defendant's 12(b)(1) motion as to standing is GRANTED and Plaintiff's procurement power claims are DISMISS WITHOUT PREJUDICE for lack of standing;

4. Defendant's 12(b)(6) motion is GRANTED and Counts I, II, and III of Plaintiff's Complaint are DISMISSED WITH PREJUDICE for failure to state a claim;

5. Defendant's 12(b)(1) motion as to exhaustion is DENIED WITHOUT PREJUDICE; and

6. Defendant's motion to dismiss under Rule 12(b)(5) for insufficient service of process is DENIED as MOOT.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.