IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| HILL INTERNATIONAL, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-00049 |
| | : | |
| VIRGIN ISLANDS PUBLIC FINANCE AUTHORITY, OFFICE OF DISASTER RECOVERY | : : : | |

### ORDER

AND NOW this 2nd day of January, 2026, upon careful and independent consideration of Plaintiff Hill International, Inc.'s Application for a Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Declaratory Relief (Dkt. No. 1-3) and the related filings thereafter, and after review of the March 12, 2025 Report and Recommendation of United States Magistrate Judge G. Alan Teague, to which no party filed an objection,[1] it is hereby ORDERED as follows:

1. The Report and Recommendation (Dkt. No. 88) is APPROVED and ADOPTED;

2. Plaintiff Hill International, Inc.'s Application for a Temporary Restraining Order, Preliminary Injunction, Permanent Injunction, and Declaratory Relief (Dkt. No. 1-3) is DENIED; and

3. The Clerk of Court is DIRECTED to mark this case as CLOSED.

---

[1] In Magistrate Judge Teague's Report and Recommendation, he explicitly stated "[a]ny objections to this Report and Recommendation must be filed in writing within 14 days of receipt of this notice. Failure to file objections within the specified time shall bar the aggrieved party from attacking such Report and Recommendation before the assigned District Court Judge." Dkt. No. 88 at 8 (citing 28 U.S.C. § 636(b)(1); D.V.I. Loc. R. Civ. Proc. 72.3). Plaintiff Hill International, Inc. did not file any written objections to this Report and Recommendation before the 14 day deadline. Hill has therefore forfeited de novo review of this Report and Recommendation from this Court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) ("We have held generally that failing to timely object to an R & R in a civil proceeding may result in forfeiture of de novo review at the district court level . . . .").

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.